# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INSTALL SOLUTIONS, LLC <br><br> Defendant. | Case No. 4:18-cv-00004-ODS |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Install Solutions, LLC ("Defendant") hereby respectfully moves this Court for an order extending its time to answer or otherwise respond to Plaintiffs' Complaint (Doc. 1) for thirty-five (35) days, up to and including March 19, 2018. Counsel for Plaintiffs has been consulted and has consented to this extension. Defendant's responsive pleading is currently due on or before February 12, 2018. Defendant requests this extension so that it can conduct additional factual investigation prior to formulating its response to the Complaint.

Respectfully submitted,

**HORN AYLWARD & BANDY, LLC**

/s/ Robert M. Pitkin
Robert M. Pitkin          MO #37835
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone: 816-421-0700
Facsimile: 816-421-0899
rpitkin@hab-law.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ Robert M. Pitkin
*Attorney for Defendant*
