IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, a Trust Fund, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>INSTALL SOLUTIONS LLC,<br><br>Defendant. | Case No. 18-00004-CV-W-ODS |

## ORDER ENTERING CONSENT JUDGMENT

Pending is a motion for entry of consent judgment filed by the parties. Doc. #24. The parties attached their consent judgment agreed to and signed by counsel for both parties. Doc. #24-1. Accordingly, the motion is granted. The Clerk of the Court shall enter judgment in Plaintiffs' favor and against Defendant in the amount of $435,395.02 for delinquent contributions for the period March 6, 2017 through January 14, 2018, interest in the amount of $21,524.33, liquidated damages in the amount of 85,164.25, and $16,867.37 for attorney's fees and costs, for a total sum of $558,950.97. Said total sum shall be paid to Plaintiffs within thirty days of the entry of this judgment in accordance with the terms of the parties' consent judgment.

IT IS SO ORDERED.

DATE: August 15, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT