IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, a Trust Fund, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>INSTALL SOLUTIONS LLC,<br><br>          Defendant. | Case No. 18-00004-CV-W-ODS |

**JUDGMENT IN A CIVIL CASE**

___ Jury Verdict. This action came before the Court for a trial by jury.

X    Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entering Consent Judgment, Doc. 25, entered by the Honorable Ortrie D. Smith on August 15, 2018, judgment in Plaintiffs' favor and against Defendant in the amount of $435,395.02 for delinquent contributions for the period March 6, 2017 through January 14, 2018, interest in the amount of $21,524.33, liquidated damages in the amount of 85,164.25, and $16,867.37 for attorney's fees and costs, for a total sum of $558,950.97. Said total sum shall be paid to Plaintiffs within thirty days of the entry of this judgment in accordance with the terms of the parties' consent judgment.

Date: August 20, 2018                      PAIGE WYMORE-WYNN
                                                        Acting Clerk of Court

                                                          s/ RENEA MATTHES MITRA
                                                          By: Renea Matthes Mitra, Courtroom Deputy